THOMPSON, Appellant, v. METROPOLITAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by William H. Thompson against the Metropolitan Life Insurance Company. No opinion. It appearing that appellant has failed to file and serve his printed papers on appeal as required, and it not having been shown that a case containing exceptions is necessary, respondent's motion to dismiss the appeal herein is granted, with $10 costs.

THOMPSON, Appellant, v. METROPOLITAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by William H. Thompson against the Metropolitan Life Insurance Company. No opinion. Motion denied, without costs, on the ground that the appellant is not in default, under rule 41, for the reason that the time within which to serve his printed papers

on appeal does not begin to run until the settlement and filing of the case and exceptions on appeal.